UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KENNETH J. SCHIRO, | Case No. 3:17-cv-00560-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ATTORNEY GENERAL, *et al.*, | |
| Respondents. | |

On September 13, 2017, Kenneth J. Schiro, a prisoner at the Northern Nevada Correctional Center, submitted to the Court, for filing, a petition for writ of habeas corpus (ECF No. 1-1).

Schiro did not pay the $5 filing fee for this action, and he did not submit an application to proceed *in forma pauperis.* For this reason, this case will be summarily dismissed, without prejudice to Schiro initiating a new habeas corpus action.

If Schiro wishes to initiate a new habeas corpus action, he must submit a petition for writ of habeas corpus together with payment of the $5 filing fee or an application to proceed *in forma pauperis*, on a correct form, fully completed, and accompanied by all necessary supporting material.

It is therefore ordered that this action is dismissed without prejudice.

It is further ordered that the Clerk of the Court send to the petitioner, along with a copy of this order, two (2) copies of his petition for writ of habeas corpus (ECF No. 1-1), two (2) copies of the form for a petition for a writ of habeas corpus, two (2) copies of the

form for an application to proceed *in forma pauperis* for a prisoner, and any available instructions regarding those forms.

DATED THIS 15th day of September 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE